■ In the Matter of JOSEPH CEPEDA, Appellant, v GLENDALYS SALGADO et al., Respondents. In the Matter of GLENDALYS SALGADO, Respondent, v JOSEPH CEPEDA, Appellant, et al., Respondents. [37 NYS3d 874]—Judgments, Supreme Court, Bronx County (John W. Carter, J.), entered August 12, 2016, unanimously dismissed, without costs or disbursements.

In light of appellant's delay in filing these appeals, at the time they were heard it was too late to grant relief under the Election Law. Accordingly, we dismiss the appeals as moot. Concur—Friedman, J.P., Andrias, Gische and Kahn, JJ.